UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SONNY LLOYD CHAMBERS,

                Plaintiff,

-against-

THE OFFICE OF MENTAL HEALTH,

                Defendant.

19-CV-7633 (CM)

ORDER

COLLEEN McMAHON, Chief United States District Judge:

On October 16, 2019, the Court dismissed the complaint without prejudice because Plaintiff failed to file an application to proceed *in forma pauperis* (IFP) and prisoner authorization, or pay the fees required to file a civil action in this Court. (ECF No. 5.)

On December 5, 2019, the Court received a letter from Plaintiff requesting an extension of time "to complete the work in processing and filing" his complaint because he is "kind of backed up with work." (ECF No. 7.)

The Court denies Plaintiff's request for an extension of time. The Court dismissed the action without prejudice and the case is closed. Plaintiff may refile the action at any time as a new complaint, and submit an application to proceed IFP and a prisoner authorization or pay the $400.00 in relevant fees.

## CONCLUSION

The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket.

The Court denies Plaintiff's request for an extension of time (ECF No. 7.)

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated: December 18, 2019
       New York, New York

                                              COLLEEN McMAHON
                                    Chief United States District Judge